**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1890**

_____

HADAROU SARE,

        Plaintiff - Appellant,

    v.

CENTRAL COLLECTION UNIT, (CCU); OFFICE OF THE ATTORNEY GENERAL; TAX REFUND INTERCEPTION PROGRAM, (TRIP); UNIVERSITY OF MARYLAND COLLEGE PARK,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Julie R. Rubin, District Judge.  (8:24-cv-03637-JRR)

_____

Submitted:  December 18, 2025              Decided:  December 22, 2025

_____

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Hadarou Sare, Appellant Pro Se.  Kenneth C. Gauvey, Ariel Shaun Lichterman, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hadarou Sare appeals the district court's order granting Defendants' motions to dismiss Sare's claims stemming from Defendants' efforts to collect a debt.[*]  We have reviewed the record in conjunction with the arguments Sare raises in his informal brief and find no reversible error.  Accordingly, we affirm the district court's order, *Sare v. Central Collection Unit*, No. 8:24-cv-03637-JRR (D. Md. Aug. 4, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Defendant Central Collection Unit filed a motion to stay this appeal pending the district court's decision on Sare's postjudgment motion.  The district court denied Sare's motion on October 3, 2025, and we thus deny the motion to stay as moot.